**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JERRY KING, JR., -EL,

        CIVIL NO.  06-CV-10685

    Petitioner,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

STATE OF MICHIGAN,        DONALD A. SCHEER
        UNITED STATES MAGISTRATE JUDGE

    Respondent.
_____/

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) GRANTING DEFENDANT'S MOTION TO DISMISS;**
**(3) DENYING PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS;**
**(4) DENYING PETITIONER'S MOTION FOR DISCOVERY; AND**
**(5) DENYING PETITIONER'S MOTION FOR EXPEDITED REMOVAL**

Before the Court is the Magistrate Judge's February 9, 2007 Report and Recommendation dismissing Petitioner's Petition for a Writ of Habeas Corpus. (Docket No. 25). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation (Docket No. 25);
    (2)    **GRANTS** Defendant's Motion to Dismiss (Docket No. 15);
    (3)    **DENIES** Petitioner's Petition for a Writ of Habeas Corpus (Docket No. 3);
    (4)    **DENIES** Petitioner's Motion for Discovery (Docket No. 8); and
    (5)    **DENIES** Petitioner's Motion for Expedited Removal (Docket No. 20).

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 21, 2007.

                                                s/Denise Goodine
                                                Case Manager